|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | E. ROBERT WRIGHT |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2702 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL HASKINS, | ) | No. 2:06-CV-00462-GEB-KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR ANSWER BY UNITED STATES** |
| UNITED STATES OF AMERICA, and DOE 1 through DOE 10, inclusive, | ) | |
| Defendants. | ) | |

The parties to the above captioned matter hereby stipulate to extend the time for the

/////
/////
/////
/////
/////
/////
/////

1

United States to file an answer.  The parties stipulate that the due date for defendant's answer (presently set at May 10, 2006) is extended to May 30, 2006.

Respectfully submitted,

Dated: May 10, 2006         McGREGOR W. SCOTT
                            United States Attorney

                    By:     /s/ E. Robert Wright
                            E. Robert Wright
                            Assistant U.S. Attorney

Dated: May 10, 2006         /s/ John P. Panneton
                            John P. Panneton
                            Friedman, Collard & Panneton

## ORDER

The above stipulation is approved.  Therefore, Defendant's answer is now due May 30, 2006.

Dated:  May 22, 2006

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge