JOHN P. PANNETON, SBN 153915
FRIEDMAN, COLLARD & PANNETON
7750 College Town Drive, Suite 300
Sacramento, CA 95826
Telephone (916) 381-9011
Facsimile  (916) 381-3770
email: panneton@calweb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HASKINS,

        Plaintiff,

v.

UNITED STATES OF AMERICA, and DOE 1 through DOE 10, inclusive,

        Defendants.
_____/

NO: 2:06-CV-00462-KJM

STIPULATION RE: PLAINTIFF'S FILING AN AMENDED COMPLAINT AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties herein, through their respective counsel of record, that Plaintiff MICHAEL HASKINS may file an Amended Complaint For Personal Injuries (Medical Malpractice) in the within litigation.

Dated: April 2, 2007

        FRIEDMAN, COLLARD & PANNETON,


        By    /s/ John P. Panneton
        JOHN P. PANNETON
        Attorney for Plaintiff HASKINS

Dated: April 2, 2007

        McGREGOR W. SCOTT
        United States Attorney


        By:   /s/ E. Robert Wright
        E. ROBERT WRIGHT
        United States Attorney

[PROPOSED] ORDER

The parties to the within litigation having stipulated and agreed,

IT IS HEREBY ORDERED:

That Plaintiff MICHAEL HASKINS may file an Amended Complaint For Personal Injuries (Medical Malpractice) in the within litigation.

Dated:_____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT