JOHN P. PANNETON, SBN 153915
FRIEDMAN, COLLARD & PANNETON
7750 College Town Drive, Suite 300
Sacramento, CA 95826
Telephone (916) 381-9011
Facsimile  (916) 381-3770
email: panneton@calweb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HASKINS,                                  NO: 2:06-CV-00462-KJM

          Plaintiff,

v.                                                STIPULATION RE: PLAINTIFF'S FILING
                                                  AN AMENDED COMPLAINT; ORDER
UNITED STATES OF AMERICA, and DOE
1 through DOE 10, inclusive,

          Defendants.
_____/

    IT IS HEREBY STIPULATED AND AGREED by the parties herein, through their respective counsel of record, that Plaintiff MICHAEL HASKINS may file an Amended Complaint For Personal Injuries (Medical Malpractice) in the within litigation.

Dated: April 2, 2007
                                 FRIEDMAN, COLLARD & PANNETON,


                                 By   /s/ John P. Panneton
                                 JOHN P. PANNETON
                                 Attorney for Plaintiff HASKINS

Dated: April 2, 2007
                                 McGREGOR W. SCOTT
                                 United States Attorney


                                 By:   /s/ E. Robert Wright
                                 E. ROBERT WRIGHT
                                 United States Attorney

## ORDER

The parties to the within litigation having stipulated and agreed,

IT IS HEREBY ORDERED:

That Plaintiff MICHAEL HASKINS may file an Amended Complaint For Personal Injuries (Medical Malpractice) in the within litigation.

Dated: April 2, 2007.

_____
U.S. MAGISTRATE JUDGE