JOHN P. PANNETON, SBN 153915
FRIEDMAN, COLLARD & PANNETON
7750 College Town Drive, Suite 300
Sacramento, CA 95826
Telephone (916) 381-9011
Facsimile  (916) 381-3770
email: panneton@calweb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HASKINS, | NO: 2:06-CV-00462-KJM |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL, ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, and DOE 1 through DOE 10, inclusive, | |
| Defendants. | |
| _____/ | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the amended complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

Dated: May 8, 2007

                                            FRIEDMAN, COLLARD & PANNETON,

                                            By   /s/ John P. Panneton
                                            JOHN P. PANNETON
                                            Attorney for Plaintiff HASKINS

Dated: May 8, 2007
                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            By:   /s/ E. Robert Wright
                                            E. ROBERT WRIGHT
                                            United States Attorney

1                                      <u>ORDER OF DISMISSAL</u>

2        Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

3 Dated: May 22, 2007.

_____
U.S. MAGISTRATE JUDGE